

# THE ATTORNEY GENERAL OF TEXAS

AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

May 5, 1949

Hon. Paul H. Brown
Fire Insurance Commissioner
Land Office Building
Austin, Texas

Opinion No. V-824

Re: Necessity of refunding fees paid for renewal of agency licenses upon refusal to renew the licenses.

Dear Col. Brown:

You have asked for the opinion of this office on the following:

> "This Department, under 5062b, Section 10, is engaged in issuing renewal licenses to insurance agencies throughout Texas. These agents send their renewal applications into this Department, generally accompanied by the fee of $1.00. In some instances we refuse to issue the renewal license. The question occurs: Are we required to refund the $1.00 sent in?"

Sections 8 and 10 of Article 5062b, Vernon's Civil Statutes, provide as follows:

> "Sec. 8. Every license issued to a local Recording Agent or Solicitor shall expire on the first day of March each year, unless an application to qualify for the renewal of any such license shall be filed with the Board of Insurance Commissioners and fee paid on or before such date, in which event the license sought to be renewed shall continue in full force and effect until renewed or renewal is refused.
>
> "Sec. 10. An applicant for the renewal of a Local Recording Agent's license or for the renewal of a Solicitor's license shall pay, at the time the renewal application is filed, a fee of one ($1.00) Dollar."

The question asked can be answered only by arriving at the intention of the Legislature as manifested in Sections 8 and 10 of Article 5062b. It is our opinion

that the Legislature intended for the one dollar fee provided for in the Article to be primarily a filing fee covering the charge for the filing of any renewal application for a Local Recording Agent's license or a Solicitor's license. We are further of the opinion that it is not necessary to refund the one dollar fee paid by an applicant whose license is not renewed.

**SUMMARY**

It is not necessary to refund the one($1.00) dollar fee paid under the provisions of Section 10 of Article 5062b by a person applying for the renewal of a Local Recording Agent's or a Solicitor's license whose license is not renewed by the Board of Insurance Commissioners.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Clyde B. Kennelly
Assistant

APPROVED:
Joe R. Greenhill
FIRST ASSISTANT
ATTORNEY GENERAL

CBK/rt:jrb